UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CV-00085-BR

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| JOANN BARDEN, BRIGID A. FORD, | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion to discharge itself from further obligation in this interpleader action. Neither defendant has filed a response to the motion.

Plaintiff has deposited the sum of $54,000, representing the face amount of the insurance policy at issue plus interest, into the Court's registry. This amount represents the extent of plaintiff's liability on the policy. Accordingly, plaintiff's motion is ALLOWED, and it is hereby ORDERED that:

1. Defendants and their agents, assigns, and attorneys are permanently enjoined and restrained from instituting or prosecuting any action or proceeding in any state or United States court against plaintiff relating to, arising under, or affecting policy number FLX-962498 issued on the life of Patrick A. Barden in the amount of $50,000.

2. Plaintiff is discharged of any further liability.

3. Plaintiff is DISMISSED WITH PREJUDICE.

This 22 September 2011.

                          W. Earl Britt
                          Senior U.S. District Judge