UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CV-00085-BR

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) | |
| JOANN BARDEN, BRIGID A. FORD, | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on defendants' application for an order distributing deposited funds and dismissing the case. The application is ALLOWED. It is hereby ORDERED that:

1. The Clerk is DIRECTED to disburse the funds being held in this case as follows:

    a. The sum of $27,000.00, plus 50% of the remaining interest, less ½ of the registry fee,[1] to Joan Barden c/o George L. Collins, 634 Court St., Jacksonville, NC 28540; and

    b. The sum of $27,000.00, plus 50% of the remaining interest, less ½ of the registry fee, to McLawhorn & Associates, P.A., P.O. Box 8188, Greenville, NC 27835-8188.

2. Upon the Clerk's disbursement of funds as set forth above, this case is

---

[1] Becuase defendants' application and proposed order do not account for which party bears the registry fee, the court assesses it evenly against defendants.

DISMISSED WITH PREJUDICE.

This 13 July 2012.

                                                  W. Earl Britt
                                                  Senior U.S. District Judge